JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILA MROUEH, mother of her minor children A.M. and N.M.,<br><br>        Plaintiff,<br><br>     v.<br><br>LOS ANGELES COUNTY DEPT. OF CHILD AND FAMILY SERVICES (DCFS), et al.,<br><br>        Defendants. | Case No. CV 22-6310 FMO (AGRx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 16th day of December, 2022.

                                                       /s/
                                        Fernando M. Olguin
                                  United States District Judge